# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEY GUTIERREZ, an individual, MONALIZA HERNANDEZ, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>HYUNDAI MOTOR AMERICA, a California Corporation; YNOT6 II, LLC d/b/a GARDEN GROVE HYUNDAI, a California Limited Liability Company; and DOES 1 through 20, inclusive<br><br>    Defendants. | Case No. 8:22-cv-00269-JLS-DFM<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

## ORDER

The parties' Joint Stipulation of Dismissal with Prejudice (Doc. 14) is APPROVED. The entire action, including all claims and counterclaims stated herein against all parties, is hereby DISMISSED with prejudice.

DATED: December 19, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE